IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL P. TOVO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-C-0931 |
| ) | |
| ALLIED WASTE TRANSPORTATION, INC. ) | Judge Gettleman |
| D/B/A CITIWASTE, AKA ALLIED WASTE ) | |
| INDUSTRIES INC., a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO: Ivan Rittenberg
Jennifer Robinson
Rittenberg, Buffen & Gulbrandsen, Ltd.
309 West Washington St., Suite 900
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on May 5, 2005, Defendant, Allied Waste, caused to be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois in the Eastern Division, located at 219 S. Dearborn, Chicago, Illinois, 60604, the attached **Stipulation of Dismissal with Prejudice**, a copy of which is attached hereto and hereby served upon you.

**DATED: May 5, 2005**                                  Respectfully submitted,

ALLIED SERVICES LLC

By _____
One of Its Attorneys

Noah Finkel
Alyssa C. Burghardt
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
(312) 346-8000

Error! Unknown document property name.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 05 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DANIEL P. TOVO, )
)
Plaintiff, )
)
v. ) Case No. 05-C-0931
)
ALLIED WASTE TRANSPORTATION, INC. )
D/B/A CITIWASTE, AKA ALLIED WASTE )
INDUSTRIES INC., a Delaware corporation, )
)
Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

This case having been settled, the parties, by their attorneys and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned matter with prejudice, with each party to bear its own attorneys' fees and costs.

Danie P. Tovo, Plaintiff

By: _____
One of His Attorneys

Ivan Rittenberg
Jennifer Robinson
Rittenberg, Buffen & Gulbrandsen, Ltd.
309 West Washington St., Suite 900
Chicago, Illinois 60606

Dated: 4/26/05

Allied Services LLC, Defendant

By: _____
One of Its Attorneys

Noah A. Finkel
Alyssa C. Burghardt
Seyfarth Shaw LLP
55 E. Monroe Street, Suite 4200
Chicago, IL 60603

Dated: 4/26/05

## **CERTIFICATE OF SERVICE**

Alyssa C. Burghardt, an attorney, certifies that she caused a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** to be served upon:

> Ivan Rittenberg
> Rittenberg, Buffen & Gulbrandsen, Ltd.
> 309 W. Washington, Ste. 900
> Chicago, Illinois 60606

by having same placed in a properly addressed, postage prepaid envelope and deposited in the U.S. Mail at 55 East Monroe Street, Suite 4200, Chicago, Illinois 60603-5803 on this 5th day of May, 2005.

_____
Alyssa C. Burghardt

**Error! Unknown document property name.**